UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

    STACY PASCUZZO

                                        Case No. 17-32124-DOF
                                        Chapter 13
                                        Hon. OPPERMAN

    Debtor(s).
_____/

## STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY UNDER 11 U.S.C. §1301

The above named Debtor(s) by and through counsel, and Creditor, MSU FEDERAL CREDIT UNION, by and through its counsel, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., having acknowledged the perfected security interest of Creditor in the following collateral:

    *COLLATERAL: 2015 OUTBACK 316RL TRAILER COACH VIN# 4YDT31624FB453583*
    *OUTSTANDING BALANCE: $35,003.83*
    *MARKET VALUE: $33,000.00*

(1) there is no equity in said secured property which would benefit the estate of the above named Debtor(s);

(2) the automatic stay and co-debtor stay now in effect against Creditor is hereby terminated allowing Creditor to pursue its State law remedies;

(3) that Creditor shall turn over any funds received from the sale of said secured property which exceeds the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or in the alternative, Creditor shall be allowed to file an unsecured Proof of Claim for any remaining balance to be paid pro rata with unsecured creditors.

(4) that the Co-Debtor stay under 11 U.S.C. §1301as to *GREGORY PASCUZZO* shall be lifted.

(5) The parties agree to waive the provision of FRBP 4001(a)(3).

(6) The parties agree that the Order for Relief shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/s/ Karen L. Rewse-Oberle

KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@bbrolaw.com

JOHN L. HICKS (P44667)
Attorney for Debtor
412 S. Saginaw St., 1ST Floor
Flint, MI 48502
(810) 232-2223
jlhicks14@hotmail.com

/s/ Carl Bekofske

CARL BEKOFSKE (P10645)
Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
(810) 238-4675
Carl@flint13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

STACY PASCUZZO

Case No. 17-32124-DOF
Chapter 13
Hon. OPPERMAN

Debtor(s).

## STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY UNDER 11 U.S.C. §1301

The above named Debtor(s) by and through counsel, and Creditor, MSU FEDERAL CREDIT UNION, by and through

its counsel, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., having acknowledged the perfected security interest of Creditor

in the following collateral:

*COLLATERAL: 2015 OUTBACK 316RL TRAILER COACH VIN# 4YDT31624FB453583*
*OUTSTANDING BALANCE: $35,005.83*
*MARKET VALUE: $33,000.00*

(1) there is no equity in said secured property which would benefit the estate of the above named Debtor(s);

(2) the automatic stay and co-debtor stay now in effect against Creditor is hereby terminated allowing Creditor to

pursue its State law remedies;

(3) that Creditor shall turn over any funds received from the sale of said secured property which exceeds the balance,

plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or in the alternative, Creditor shall be allowed

to file an unsecured Proof of Claim for any remaining balance to be paid pro rata with unsecured creditors.

(4) that the Co-Debtor stay under 11 U.S.C. §1301as to *GREGORY PASCUZZO* shall be lifted.

(5) The parties agree to waive the provision of FRBP 4001(a)(3).

(6) The parties agree that the Order for Relief shall be binding and effective despite any conversion of this bankruptcy

case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/s/ Karen L. Rowse-Oberle

KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@bbrolaw.com

JOHN L. HICKS (P44667)
Attorney for Debtor
412 S. Saginaw St., 1ST Floor
Flint, MI 48502
(810) 232-2223
jlhicks14@hotmail.com

CARL BEKOPSKE (P10645)
Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
(810) 238-4675
Carl@flint13.com

10/?/17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

STACY PASCUZZO

Case No. 17-32124-DOF
Chapter 13
Hon. OPPERMAN

Debtor(s).

_____/

## CONSENT ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY UNDER 11 U.S.C. §1301

IT IS HEREBY ORDERED that the stay of proceedings now in effect against the Creditor, MSU FEDERAL

CREDIT UNION, shall be and the same is hereby terminated allowing Creditor to pursue its State law remedies regarding:

*COLLATERAL: 2015 OUTBACK 316RL TRAILER COACH VIN# 4YDT31624FB453583*
*OUTSTANDING BALANCE: $35,003.83*
*MARKET VALUE: $33,000.00*

IT IS FURTHER ORDERED that the 11 U.S.C. §1301 Co-debtor Stay currently in effect as to *GREGORY*

*PASCUZZO* is hereby lifted allowing Creditor to pursue any balance against the non-filing co-debtor on this obligation.

IT IS FURTHER ORDERED that the Creditor shall turn over any funds received from the sale of said secured

property which exceeds the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate; or

in the alternative, Creditor shall be allowed to file an unsecured Proof of Claim for any remaining balance to be paid pro

rata with unsecured creditors.

IT IS FURTHER ORDERED that this Order is effective immediately upon entry by this Court notwithstanding

the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy

case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

Exhibit A